## 62140. MEMINGER v. THE STATE.

QUILLIAN, Chief Judge.

Our opinion in this case (160 Ga. App. 509 (287 SE2d 296)) reversing the trial court has been reversed by the Supreme Court in *State v. Meminger,* 249 Ga. 561 (292 SE2d 681). Our opinion and judgment are accordingly vacated, the opinion of the Supreme Court is adopted as our opinion, and the judgment of the trial court is affirmed.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 7, 1982.

*Peter F. Larsen, Ralph M. Walke,* for appellant.

*Beverly B. Hayes, District Attorney, H. Jeff Lanier, Assistant District Attorney,* for appellee.